United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HYRVIN RODRIGUEZ,
      Plaintiff,

v.

ERIC H. HOLDER, et al.,
      Defendants.

Case No. 13-cv-01555-VC

**ORDER DENYING MOTION FOR CMC AND INSTRUCTING PETITIONER TO FILE A TRAVERSE**
Re: Dkt. No. 11

Petitioner Hyrvin Rodriguez's request for a case management conference is denied, and the motion hearing set for September 19 is vacated. Rodriguez is instructed to file a traverse within 30 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: September 4, 2014

_____
VINCE CHHABRIA
United States District Judge