UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HYRVIN RODRIGUEZ,
   Plaintiff,
  v.
ERIC H. HOLDER, et al.,
   Defendants.

Case No. 13-cv-01555-VC

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORUPS**

  Petitioner Hyrvin Rodriguez, while he was held in custody by U.S. Immigration and Customs Enforcement ("ICE") at the Otay Detention Facility in San Diego, California, filed a petition for Writ of Habeas Corpus. Rodriguez filed his petition on April 5, 2013, seeking relief from his detention by federal immigration officials. On July 17, 2013, Rodriguez was removed from the United States and is no longer in ICE custody.

  The habeas petition is denied. Rodriguez brought his petition to (1) challenge his underlying state criminal conviction that led to removal proceedings after he served his state prison term, on the ground that he received ineffective assistance of counsel in the state criminal proceedings; and (2) challenge his confinement in ICE custody while he pursued administrative and judicial review of his removal order. With respect to the former, this Court does not have jurisdiction to entertain Rodriguez's collateral attack on his underlying state criminal conviction in a habeas petition directed at federal immigration officials. *See Contreras v. Schlitgen*, 151 F.3d 906, 906 (9th Cir. 1998). With respect to the latter, Rodriguez's petition is moot because he has been removed from the country and is no longer held in ICE custody.

  Finally, to the extent Rodriguez's petition was an attempt to challenge his removal order,

this Court is without jurisdiction hear such a challenge.[1] 28 U.S.C. § 1252(a)(5) and (b).

Accordingly, Rodriguez's petition for Writ of Habeas Corpus is denied.

**IT IS SO ORDERED**.

Dated: December 17, 2014

_____
VINCE CHHABRIA
United States District Judge

---

[1] Rodriguez already filed a petition for review of his removal order with the U.S. Court of Appeals for the Ninth Circuit, which denied his motion for a stay of removal.

2